UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
THE TRAVELERS INDEMNITY COMPANY,               :
:
Plaintiff,            :
:   24-CV-734 (JMF)
-v-                :
:   ORDER
:
UNDERWRITERS AT LLOYD'S, LONDON                :
(LLOYD'S LONDON),                              :
:
Defendant.            :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Defendant was required to answer the Complaint by March 4, 2024, *see* ECF No. 8, but has not done so to date. As a courtesy, Defendant's deadline to answer is hereby EXTENDED, *nunc pro tunc*, to **March 11, 2024**. The Court will invite Plaintiff to move for default judgment against Defendant if it fails to appear and answer the Complaint by that deadline.

      Plaintiff is directed to serve a copy of this Order on Defendant, and to file proof of such service by **March 7, 2024**.

      SO ORDERED.

Dated: March 5, 2024
      New York, New York
                                              JESSE M. FURMAN
                                            United States District Judge