UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
THE TRAVELERS INDEMNITY COMPANY, :
:
                Plaintiff, :
: 24-CV-734 (JMF)
    -v- :
: ORDER
:
UNDERWRITERS AT LLOYD'S, LONDON :
(LLOYD'S LONDON), :
:
                Defendant. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's March 12, 2024 Order, ECF No. 11, Plaintiff was required to file any motion for default judgment by March 26, 2024. Although Plaintiff was required to file a **motion** for default judgment by that deadline, it did not; instead, it merely filed a request for a Clerk's Certificate of Default. *See* ECF No. 13. On the same day, the Clerk's Office deemed that request "deficient" because, among other things, "service was not properly effectuated."

      "It is well settled that a court may not properly enter a default judgment unless it has jurisdiction over the party against whom the judgment is sought, which means that [each defendant] must have been effectively served with process." *Cont'l Indem. Co. v. Bulson Mgmt., LLC*, No. 20-CV-3479 (JMF), 2022 WL 1747780, at *2 (S.D.N.Y. May 31, 2022) (internal quotation marks omitted). No later than **April 5, 2024**, Plaintiff shall submit a letter brief addressing whether service on Defendant was proper. *See* ECF No. 8. The Court will set another deadline for Plaintiff's motion for default judgment if or when it concludes that service on Defendant was proper.

      SO ORDERED.

Dated: March 29, 2024                _____
       New York, New York                      JESSE M. FURMAN
                                            United States District Judge