UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
THE TRAVELERS INDEMNITY COMPANY,  :
:
                                     Plaintiff,  :         24-CV-734 (JMF)
:
                -v-                               :         <u>ORDER</u>
:
UNDERWRITERS AT LLOYD'S, LONDON  :
(LLOYD'S LONDON),  :
:
                                  Defendant.  :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On April 5, 2024, Plaintiff filed a letter acknowledging that its service of process on Defendant was ineffective because Plaintiff failed to provide notice of service, which is required for foreign insurance-company defendants under Section 1213 of New York Insurance Law.  *See* ECF No. 16.  The Court granted Plaintiff leave to re-serve Defendant, and ordered Plaintiff to file a status update regarding service of process by April 26, 2024.  *See* ECF No. 17.

       In light of the foregoing, the initial pretrial conference currently scheduled for April 24, 2024, *see* ECF No. 7, is ADJOURNED to **May 29, 2024**, at **9:00 a.m.**

       Finally, Plaintiff is directed (1) to notify Defendant's attorneys in this action by serving upon each of them a copy of this Order and (2) to file proof of such notice with the Court by **April 19, 2024**.  If unaware of the identity of counsel for Defendant, counsel receiving this order must forthwith send a copy of this Order to that party personally.

       SO ORDERED.

Dated: April 15, 2024
       New York, New York
                                                             JESSE M. FURMAN
                                                             United States District Judge