UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
THE TRAVELERS INDEMNITY COMPANY,                  :
:
Plaintiff,      :
:        24-CV-734 (JMF)
-v-                              :
:              ORDER
UNDERWRITERS AT LLOYD'S, LONDON                   :
(LLOYD'S LONDON),                                 :
:
Defendant.      :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Defendant was required to answer the Complaint no later than May 3, 2024. *See* ECF No. 20. To date, Defendant has not filed any answer. As a courtesy, the deadline is hereby EXTENDED, *nunc pro tunc*, to **May 13, 2024**.

      SO ORDERED.

Dated: May 6, 2024
       New York, New York                                          _____
                                                           JESSE M. FURMAN
                                                       United States District Judge