UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
THE TRAVELERS INDEMNITY COMPANY, :
:
                    Plaintiff, :        24-CV-734 (JMF)
:
      -v- :        <u>ORDER</u>
:
UNDERWRITERS AT LLOYD'S, LONDON :
(LLOYD'S LONDON), :
:
                    Defendant. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      As discussed during the telephone conference held earlier today:

- The parties shall complete all depositions by **November 27, 2024**. Discovery is otherwise closed. The parties shall inform the Court of any irreconcilable scheduling conflicts no later than **November 14, 2024**. Otherwise, no extensions will be granted.

- Unless and until the Court says otherwise, Plaintiff shall file any motion for summary judgment, not to exceed 25 pages, no later than **January 9, 2025**. Any opposition and cross motion for summary judgment shall be filed by **February 6, 2025**, in a single consolidated memorandum of law not to exceed 25 pages. Plaintiff shall file any opposition and reply, not to exceed 25 pages, by **March 6, 2025**. Defendant shall file any reply, not to exceed 10 pages, by **March 20, 2025**.

      SO ORDERED.

Dated: November 13, 2024
       New York, New York

                                        JESSE M. FURMAN
                                        United States District Judge